


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANKIE CLARK, | : |
| Plaintiff, | : C.A. No.: |
| v. | : |
| MICHAEL MCNELIS SR., | : **09   4359** |
| Defendant. | : |

## COMPLAINT

Plaintiff, Frankie Clark, by and through his attorneys, Spector Gadon & Rosen, P.C. and Doroshow, Pasquale, Krawitz & Bhaya, hereby avers as follows:

## PARTIES

1. Plaintiff, Frankie Clark, is a citizen and resident of the state of Delaware, residing therein at 1607 Surry Court, New Castle, Delaware 19720.

2. Defendant, Michael McNelis Sr., is a citizen and resident of the Commonwealth of Pennsylvania residing therein at 41 Princeton Avenue, Ridley Park, PA 19078.

## JURISDICTION

3. Paragraphs 1 through 2 are incorporated by reference.

4. Jurisdiction is conferred pursuant to 28 U.S.C. §1332(a)(1) and §1332(c)(1) as the amount in controversy exceeds $75,000.00 and the action is between citizens of different states. Venue is proper in this Court pursuant to 28 U.S.C. §1391(a), as this is the judicial district in which the defendants reside and the judicial district in which a substantial part of the events or omissions giving rise to this claim occurred.

## FACTUAL ALLEGATIONS

5.  Paragraphs 1 through 4 are incorporated by reference.

6.  On or about February 20, 2008, the plaintiff, Frankie Clark, was the driver of a vehicle traveling southbound on Stewart Avenue in Ridley Park, Pennsylvania.

7.  At the aforementioned time and place, the plaintiff, Frankie Clark, attempted to make a right hand turn onto westbound Industrial Highway Route 291.

8.  At the aforesaid time and place, the defendant, Michael McNelis Sr., was operating his vehicle eastbound on Industrial Highway Route 291.

9.  At the aforementioned time and place, the defendant, Michael McNelis Sr., attempted to turn left onto Stewart Avenue and thereby violently struck the plaintiff's vehicle.

## COUNT I
## CLAIM AGAINST MICHAEL MCNELIS SR.

10. Paragraphs 1 through 9 are incorporated by reference.

11. The direct and proximate cause of the collision was the negligence of the defendant, Michael McNelis, Sr., as follows:

   (a) He operated his vehicle at a speed that was greater than was reasonable and prudent under the conditions, without due regard for actual and potential hazards then existing, in violation of 75 Pa C.S.A. § 3361;

   (b) He operated his vehicle in careless disregard for the safety of other persons or property, in violation of 75 Pa C.S.A. § 3714;

   (c) He failed to give full attention to the operation of his vehicle;

   (d) He operated the vehicle with willful and wanton disregard for the safety of persons and property on the road, including plaintiff, Frankie Clark, in violation of 75 Pa. C.S.A. §3736;

    (e)    He failed to operate and maintain the brakes in such a manner so that the vehicle could be stopped in time so as to avoid a collision;

    (f)    He failed to keep the vehicle under proper and adequate control at the time of the accident, in violation of the common law duty of care he had to others on the road, including plaintiff, Frankie Clark;

    (g)    He failed to maintain and keep a proper lookout for the persons and other vehicles in the area at the time of the accident, in violation of the common law duty of care he had to others on the road, including plaintiff, Frankie Clark;

    (h)    He failed to operate the vehicle as a reasonable and prudent person under the circumstances, in doing the aforesaid acts set out in subparagraphs (a) through (g) above, in violation of the common law duty of care he had to others on the road, including the plaintiff, Frankie Clark;

    (i)    He was otherwise negligent as a matter of law.

## COUNT II
## CLAIM OF FRANKIE CLARK

12.    Paragraphs 1 through 11 are incorporated by reference.

13.    As a direct and proximate result of the defendant's negligence, the plaintiff, Frankie Clark, suffered personal injuries, both of a temporary and permanent nature, including, but not limited to: severe head lacerations, back injuries, neck injuries, and traumatically induced neurological problems including severe memory loss.

14.    As a further result of his injuries, the plaintiff, Frankie Clark, has experienced, continues to experience, and is likely to experience in the future, physical pain and suffering and discomfort.

15. As a further result of his injuries, the plaintiff, Frankie Clark, has experienced, continues to experience, and is likely to experience in the future, emotional pain, suffering, anxiety and nervousness.

16. As a further result of the defendant's negligence, the plaintiff, Frankie Clark, has incurred and may in the future incur, medical bills for the treatment of his injuries sustained in the accident.

17. As a further result of the defendant's negligence, the plaintiff, Frankie Clark, has suffered may in the future suffer an impairment of earning capacity.

WHEREFORE, the plaintiff, Frankie Clark, demands judgment in his favor against the defendant, Michael McNelis, Sr., for compensatory and special damages and the cost of this action, along with any additional relief that this Court may deem proper.

SPECTOR, GADON & ROSEN, P.C.

By: _____
JEFFREY A. KRAWITZ (ID NO.: 49530)
1635 Market Street, 7th Floor
Philadelphia, Pennsylvania 19103
(215) 241-8889
Attorneys for Plaintiff

DOROSHOW, PASQUALE, KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ (ID NO.: 41374)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 9-21-09